Karl R. Molineux, Esq. - State Bar No. 152884
Adrian E. Arroyo, Esq. - State Bar No. 232503
MERRILL, NOMURA & MOLINEUX LLP
350 Rose Street
Danville, California 94526
Telephone: (925) 833-1000
Facsimile: (925) 833-1001

Attorneys for Defendant
HUONG THULL

FILED
MAR 2 9 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
MAR 28 PM 3:37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

~~OAKLAND~~ DIVISION

| | |
|---|---|
| CAL-WESTERN RECONVEYANCE CORPORATION, as Trustee,<br><br>Plaintiff,<br><br>v.<br><br>HOUNG THULL, an individual, LEE M. THULL, an individual; ANGELA M. THULL, an individual; BENEFICIAL CALIFORNIA, INC.; STATE OF CALIFORNIA, FRANCHISE TAX BOARD; INTERNAL REVENUE SERVICE; and DOES 1 through 20, inclusive,<br><br>Defendants | CASE NO.: C06-00220 EDL<br><br>STIPULATION AND ORDER SETTING ASIDE DEFAULT<br><br>Judge La Porte |

IT IS HEREBY STIPULATED by and between Karl R. Molineux, Attorney for Defendant HOUNG THULL, an individual, and Rochelle L. Stanford, Attorney for Plaintiff CAL-WESTERN RECONVEYANCE CORPORATION, as Trustee, that the default entered herein

///
///
///
///
///

against Defendant HUONG THULL, pursuant to the Request to Enter Default filed herein on or about March 21, 2006, may be set aside.

Dated: 3/28, 2006

MERRILL, NOMURA & MOLINEUX LLP

By: _____
KARL R. MOLINEUX
ADRIAN E. ARROYO
Attorneys for Defendant
HOUNG THULL

Dated: 3/27, 2006

PITE, DUNCAN & MELMET, LLP

By: _____
ROCHELLE L. STANFORD
Attorney for Plaintiff
CAL-WESTERN RECONVEYANCE CORPORATION

ORDER

On reading and filing the Stipulation of the Parties hereto, that the default herein entered against Defendant HOUNG THULL be set aside and good cause of hearing therefor,

IT IS HEREBY ORDERED that the default entered against Defendant HOUNG THULL in the Action be set aside.

Dated: Mar. 29, 2006

_____
Judge of the United States District Court

2