1  JEFFREY A. PARIS, State Bar No. 113527
   PARIS AND PARIS, LLP
2  Paris Law Building
   424 Pico Boulevard
3  Santa Monica, California 90405-1197
   Telephone: (310) 392-8722
4  Facsimile: (310) 392-1768

5  Attorneys for Defendant Beneficial California, Inc.

**FILED**

JUL 1 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| CAL-WESTERN RECONVEYANCE CORPORTION, as Trustee,<br><br>Plaintiff,<br><br>v.<br><br>HOUNG THULL, an individual; LEE M. THULL, an individual; ANGELA M. THULL, an individual; BENEFICIAL CALIFORNIA, INC.; STATE OF CALIFORNIA FRANCHAISE TAX BOARD; INTERNAL REVENUE SERVICE; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C06-0020<br><br>ORDER EXCUSING BENEFICIAL CALIFORNIA, INC. FROM PERSONALLY APPEARING AT JULY 18, 2006 SETTLEMENT CONFERENCE |

For Good Cause Shown, Defendant Beneficial California, Inc. is excused from personally appearing at the court ordered Settlement Conference.

IT IS FURTHER ORDERED, that a representative of Beneficial California, Inc., with settlement authority shall at all times during the Settlement Conference be available by telephone

7/14/06

Judge Wayne D. Brazil

ORDER EXCUSING BENEFICIAL....