UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAL WESTERN RECONVEYANCE CORP., | No. C 06-0220 EDL (WDB) |
| Plaintiff, | ORDER RE REQUEST TO CONTINUE SETTLEMENT CONFERENCE |
| v. | |
| HOUNG THULL, LEE M. THULL, ANGELA M. THULL, et al, | |
| Defendants. | |

    According to this Court's staff, defendant United States has requested that the Court continue the settlement conference scheduled for tomorrow, July 18, 2006, due to the fact that defendants Angela and Lee Thull claim that they are medically unable to attend their deposition today or the settlement conference tomorrow.

    The timing of the Thull's medical indisposition raises concerns in the Court's mind about the legitimacy of the Thull's excuse. However, the Court will PERMIT Angela and Lee Thull to reschedule their depositions and the settlement conference ON THE CONDITION THAT Angela and Lee Thull make themselves available to be deposed **by Monday, July 31, 2006**.

    Counsel for the United States must contact the undersigned's chambers to reschedule the settlement conference after the parties have determined the date(s) of the Thull's depositions.

1 | In the future, any party who asserts that medical reasons disable him or her from
2 | participating in any scheduled event before the Court will be required to substantiate the
3 | medical condition by providing a declaration from a treating physician.
4 | IT IS SO ORDERED.
5 | Dated:   July 17, 2006                         /s/  Wayne D. Brazil
                                                             WAYNE D. BRAZIL
6 |                                                          United States Magistrate Judge

cc: parties,
EDL, WDB